ORDERED that any liquidation of the subject entries with respect to Shinho shall be in accordance with *Laclede Steel Co. v. United States,* 19 CIT 1076, Slip Op. 95–144 (Aug. 11, 1995).

KOYO SEIKO CO., LTD. AND KOYO CORP. OF U.S.A., PLAINTIFFS *v.* UNITED STATES, AND U.S. DEPARTMENT OF COMMERCE, DEFENDANTS, AND TIMKEN CO., DEFENDANT-INTERVENOR

Court No. 92–03–00169

(Dated June 12, 1996)

ORDER

TSOUCALAS, *Judge:* In accordance with the decision (Mar. 19, 1996) and mandate (Mar. 20, 1996) of the United States Court of Appeals for the Federal Circuit ("CAFC"), Appeal Nos. 95–1300, 95–1341, reversing in part and remanding this case with instructions, it is hereby

ORDERED that the part of the judgment of this Court entered in *Koyo Seiko Co. v. United States,* 19 CIT 272, Slip Op. 95–19 (Feb. 10, 1995) affirming *Koyo Seiko Co. v. United States,* 18 CIT 711, Slip Op. 94–123

(July 29, 1993), which required the Department of Commerce, International Trade Administration ("Commerce") to impose a ten percent cap to each of the five criteria used to match U.S. tapered roller bearings ("TRBs") with home market TRBs, is vacated; and it is further

ORDERED that this case is remanded to Commerce, in accordance with the CAFC's decision and mandate, to recalculate the dumping margins for TRBs manufactured by Koyo Seiko Co., Ltd. and Koyo Corporation of U.S.A. without imposing the ten percent cap; and it is further

ORDERED that Commerce will report the results of this remand to the Court within sixty (60) days of the entry of this order.